United States District Court
Northern District of California

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

LARRY ALBA, et al.,
Plaintiffs,
v.
HARBOR FREIGHT TOOLS USA, INC.,
Defendant.

Case No. 26-cv-01069-BLF

**ORDER ADMONISHING DEFENDANT REGARDING COMPLIANCE WITH STANDING ORDERS**

[Re: ECF No. 22]

Defendant has submitted a motion to compel arbitration that fails to comply with this Court's standing orders because it exceeds the allowed page limits and contains single-spaced block quotations. *See* Standing Order re Civil Cases §§ IV.A.4, IV.E. The Court will accept the nonconforming filing and DIRECTS Defendant to comply with the Court's standing order for all future filings.

Dated: April 6, 2026

BETH LABSON FREEMAN
United States District Judge