ISABELLE ORD (SBN 198224)
isabelle.ord@us.dlapiper.com
MATTHEW C. DANAHER (SBN 351055)
matt.danaher@us.dlapiper.com
**DLA PIPER LLP (US)**
555 Mission Street, Suite 2400
San Francisco, CA 94105-2933
Telephone: 415.836.2500
Facsimile: 415.836.2501

JEFF DEGROOT (admitted *pro hac vice*)
jeff.degroot@us.dlapiper.com
**DLA PIPER LLP (US)**
701 Fifth Avenue, Suite 6900
Seattle, WA 98104-7029
Telephone: 206.839.4800
Facsimile: 206.839.4801

Attorneys for Defendant
HARBOR FREIGHT TOOLS USA, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

LARRY ALBA and ROBERT BLAZINA JR., individuals, on behalf of themselves, the general public, and those similarly situated,

Plaintiffs,

v.

HARBOR FREIGHT TOOLS USA, INC.,

Defendant.

Case No. 5:26-CV-01069-BLF

**NOTICE OF CORRECTED AUTHORITY REGARDING HARBOR FREIGHT TOOLS USA, INC.'S MOTION TO DISMISS (ECF NO. 23)**

Judge: Hon. Beth Labson Freeman
Courtroom: Courtroom 1
San Jose Courthouse
280 South First Street, 5th Fl.
San Jose, CA 95113
Date: August 13, 2026
Time: 9:00 a.m.

Complaint Filed: February 3, 2026

**TO THE COURT AND TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Defendant Harbor Freight Tools USA, Inc. ("Harbor Freight") hereby submits the following Notice to correct a citation in its Motion to Dismiss ("Motion") filed on April 3, 2026 (ECF No. 23).

The citation on page 4, lines 7-9 of the Motion, currently reads:

*Cedar Park Assembly of God of Kirkland, Washington v. Kreidler*, 2025 WL 716341, at *5 (9th Cir. Mar. 6, 2025) (quoting *Jones v. L.A. Cent. Plaza LLC*, 74 F.4th 1053, 1057 (9th Cir. 2023)).

Under the Ninth Circuit's instruction in *Cedar Park Assembly of God of Kirkland, Washington v. Kuderer*, 146 F.4th 885 (9th Cir. 2025) that the above citation "may not be cited as precedent . . . [to] any district court of the Ninth Circuit" in light of its withdrawal, *id.*, the *Cedar Park Assembly* citation should be substituted with the authority quoted in the parenthetical only:

*Jones v. L.A. Cent. Plaza LLC*, 74 F.4th 1053, 1057 (9th Cir. 2023).

Dated: April 21, 2026

DLA PIPER LLP (US)

By: /s/ Isabelle Ord
Isabelle Ord

Attorneys for Defendant
HARBOR FREIGHT TOOLS USA, INC.